1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 LAURA JEAN OESTMAN,                    CASE NO. 2:16-CV-02682-SK

12                    Plaintiff,

13            v.                          **JUDGMENT**

14 CAROLYN W. COLVIN,

15 Commissioner of Social Security,

16                    Defendant.

17
18

19        **IT IS ADJUDGED** that this action is reversed and remanded for

20 further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and

21 consistent with the accompanying Opinion and Order.

22

23 DATED:   March 15, 2017

24                                        STEVE KIM
                                          U.S. MAGISTRATE JUDGE
25
26
27
28